UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER T. LOFTIN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**ANDRES BANDE, et al.,**<br><br>  Defendants. | Misc. No. 08-00487 (HHK) |

ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

It is this 29th day of July 2008, hereby

**ORDERED** that plaintiff's "Motion to Compel Production of Documents Improperly Withheld on Purported Privilege Grounds" [#1], as well as all further motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Kay, "AK," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.<br>
United States District Judge