REFERRAL TO MAGISTRATE JUDGE

CATEGORY: N/A

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Motion to Compel | | | |
|---|---|---|---|---|
| CASE NO:<br>08-MC-00487 | DATE REFERRED:<br>JULY 29, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REFERRAL OF MOTION TO COMPEL (DOC #1) | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>PETER T LOFTIN, et al. | | DEFENDANT(S):<br>ANDRES BANDE, et al. | | |

ENTRIES: