CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER T. LOFTIN, ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Misc. Case Number 08-487(RBW) |
| ) | |
| ANDRES BANDE, ET AL. ) | Category O |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 20, 2008</u> from

<u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Reggie B. Walton</u> by direction of the

Calendar Committee.

(Case Randomly Reassigned)

                               JUDGE ELLEN S. HUVELLE
                               Chair, Calendar and Case
                               Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
       <u>Judge Walton</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk