UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER T. LOFTIN, et al.,

                Plaintiffs,

     v.

ANDRES BANDE, et al.,

                Defendants.

Case No.  2008-MC-00487 (AK)(HK)

Judge Henry H. Kennedy
Magistrate Judge Alan Kay

**DECLARATION OF JOHN C. MILLIAN**

John C. Millian declares and states as follows:

1.      I am a litigation partner in the Washington, D.C. office of Gibson, Dunn & Crutcher LLP ("Gibson, Dunn" or the "Firm").  I make this Declaration in opposition to the motion by plaintiffs in the above-captioned action to compel the disclosure of documents withheld by Gibson, Dunn on privilege grounds.  I have personal knowledge of the information set forth herein based upon my direct involvement in the matters at issue, and upon my review of Gibson, Dunn's records.

Personal Background

2.      I joined Gibson, Dunn as an associate in 1986, and have been a partner since 2001.  From 1983-1984 I served as law clerk to United States District Judge Gerhard A. Gesell of this Court, and from 1984-1986 was an associate at the Davis Wright law firm in Seattle, Washington.  I graduated from Yale Law School in 1983.  I am a member of the bar of the District of Columbia, and a member of the bar of this Court.  I am also a member of the bars of

numerous other federal courts, and am an inactive member of the bars of Washington State and California.

3.    My practice focuses on securities litigation, derivative litigation, other types of complex commercial litigation, and internal corporate investigations. I also regularly advise clients in situations where litigation appears likely or possible, and hence a litigator's perspective and experience will be useful to the client.

<u>Gibson, Dunn's Work for FLAG</u>

4.    FLAG Telecom Holdings, Ltd. ("FLAG" or the "Company")[1] is and during all relevant periods has been in the business of selling broadband capacity to other broadband and telecommunications providers. During the relevant period FLAG was registered in Bermuda and had its primary offices in London, England.

5.    Gibson, Dunn was initially retained by FLAG in approximately June 2001 to provide general legal services, including advice on transactional and regulatory matters.

6.    In early February 2002, FLAG sought additional legal advice from Gibson, Dunn regarding, among other things, FLAG's participation in certain "reciprocal transactions," also sometimes colloquially referred to as "capacity swap" transactions. As explained in FLAG's earnings release for the period ended December 31, 2001, issued by FLAG on February 13, 2002, these were transactions in which FLAG "provided capacity, services or facilities, by way of lease, rights of use or services agreement, to other telecommunications companies and service providers at approximately the same time that [FLAG] leased or purchased capacity or facilities from these same companies or their affiliates."

---

[1] "FLAG" as used herein also refers to certain FLAG subsidiaries.

7.    FLAG's retention of Gibson, Dunn came shortly after controversy arose regarding reciprocal transactions entered into by certain other companies in the telecommunications industry, including Global Crossing and Qwest, companies with which FLAG had done business. Global Crossing had filed for bankruptcy court protection on January 28, 2002, and the next day (as reported in the *Los Angeles Times*) a former Global Crossing executive, Roy Olofson, publicly accused that company of having entered into and improperly accounted for several "capacity swap" transactions, including transactions between Global Crossing and Qwest, in an effort to boost Global Crossing's reported financial results. By February 4, 2002, class action securities lawsuits had been filed against Global Crossing executives, and press reports indicated that the SEC was investigating the transactions.

8.    I was centrally involved in this work from the beginning of the assignment, including traveling to London on February 7, 2002, and remaining there through completion of work on FLAG's earnings announcement on February 13, 2002. In addition to providing legal advice regarding FLAG's reciprocal transactions and the February 13, 2002 earnings announcement, I also provided, among other things, legal advice regarding FLAG's Form 10-K filed on April 1, 2002. Other partners from our London and New York offices, as well as associates from our London office, were also involved in this work.

9.    One reason for my involvement in this assignment was that it was anticipated from the outset that, in light of the securities class action lawsuits and government investigations already launched against Global Crossing, there was a significant probability that FLAG would likewise become embroiled in securities litigation and/or governmental investigations following issuance of its earnings release and/or Form 10-K. In particular, experience has shown that when companies, particularly recently-public technology firms, announce earnings that are a

3

disappointment to the market and result in a stock price drop (as was the case with FLAG's announcement), the likelihood that a securities class action lawsuit will be filed is relatively high regardless of whether or not any legal violation actually occurred. Given this, it made sense for the review and disclosure of FLAG's reciprocal transactions to be undertaken with the possibility of litigation in mind, and for a partner with extensive experience in securities litigation to take a lead role in this regard.

10.     To this end, I personally understood that the work we were doing—including assessing the FLAG reciprocal transactions, advising the company regarding them, and assisting with the preparation of the earnings release and Form 10-K that would no doubt have a central role in any securities lawsuit—was in anticipation of potential litigation.

11.     In fact, as we knew was a distinct possibility, FLAG was sued in a securities class action lawsuit on April 2, 2002, the day after the filing of FLAG's Form 10-K, and additional such lawsuits followed. (These have now been consolidated into the action in which the Subpoena was issued). During April 2002 we provided legal advice to FLAG regarding these class action lawsuits. This aspect of our work largely terminated, however, when the defendants in those actions subsequently retained Shearman & Sterling to handle the defense of the litigation itself.

12.     As also anticipated, FLAG and certain current or former FLAG personnel have also become involved in a number of government investigations addressing reciprocal transactions, including the SEC investigation of Global Crossing that was pending when we began our work in early February 2002. None of these investigations ever became directed at FLAG, and to my knowledge neither FLAG nor its former executives have ever been accused of wrongdoing in any government investigation or proceeding, but nonetheless FLAG dealt with

4

these matters with the recognition in mind that FLAG itself could become a target or defendant. Since we were already advising FLAG concerning its reciprocal transactions, we were asked to provide legal advice to FLAG with respect to these investigations as well.

13.     Apart from the foregoing, we have also represented FLAG on many other matters, most significantly including handling the company's bankruptcy reorganization. To my knowledge those other matters have not involved the transactions at issue here, at least to any material degree, and I have not personally been involved in these other matters.

The Subpoena and Gibson Dunn's Privilege Review

14.     The Subpoena at issue in this matter was served upon Gibson, Dunn on or about April 16, 2006. Because I was the Gibson, Dunn partner with the greatest knowledge concerning the subject matter of the Subpoena and have familiarity with litigation matters, I had primary responsibility for Gibson, Dunn's response to the Subpoena. A copy of the Subpoena is attached as Exhibit 6 to the Friedman Declaration filed with plaintiffs' motion to compel.

15.     The Subpoena seeks documents relating to the work that Gibson, Dunn performed for FLAG in early 2002, as well as documents related to Gibson, Dunn's follow up work as described above. As would be expected given the attorney-client relationship between Gibson Dunn and FLAG and the nature of the relevant legal work, a significant number of the documents sought by the Subpoena consisted of attorney-client communications and/or attorney work product prepared in anticipation of litigation. The specific nature of these documents is discussed further below.

16.     Gibson, Dunn has produced over 3,000 documents, comprising over 14,000 pages, that were determined during the course of document review to be responsive to the

Subpoena and were not identified as privileged. Responsive documents identified as privileged were, of course, withheld from production, consistent with the Firm's obligation to preserve FLAG's privilege rights with respect to those materials.

17.     A number of responsive documents were privileged only in part, such as documents reflecting an e-mail "string" that included both privileged and non-privileged emails. Where such documents were identified we produced copies with the privileged portions redacted (and marked as such), and indicated this fact on the privilege log discussed immediately below.

18.     In early January 2007 we provided a privilege log (the "Log") to plaintiffs' counsel in accordance with Fed. R. Civ. P. 45(d)(2) ("Rule 45(d)(2)"). A copy of the Log provided is attached as Exhibit 1 to the Friedman Declaration. The Log is a "standard" privilege log, with information given for each document regarding (1) date; (2) document type; (3) number of pages; (4) author; (5) addressee; (6) copyee/other recipients; (7) subject matter of the document; and (8) basis of the privilege claim. In addition to the Log itself, we also provided plaintiffs' counsel with a separate document, attached hereto as Exhibit A, which explains each of the column headings in the Log. We also provided a "FLAG Attorney List" and an "Employees/Attorneys List" to assist plaintiff's counsel in reviewing the Log. Copies of these lists are attached as Exhibits 15 and 16, respectively, to the Friedman Declaration.

19.     Preparation of the Log required over 240 hours of paralegal time, plus significant attorney time in supervising this work, addressing specific privilege issues, and reviewing the Log. The Log has 815 individual entries, some of which (as is evident from the face of the Log) are "duplicates" because during the review process multiple copies of some documents were found in different locations in our files.

20.     On or about July 31, 2007, I received the letter from plaintiffs' counsel attached as Exhibit 13 to the Friedman Declaration (the "July 31, 2007 Letter"). In that letter plaintiffs' counsel took issue with the adequacy of the Log, advanced various legal arguments as to why plaintiffs' counsel believed that certain types of documents could not be privileged, and identified 308 of the 815 specific entries in the Log as to which plaintiffs' counsel took issue.

21.     A primary complaint by plaintiffs' counsel was, and remains, that plaintiffs' counsel allegedly cannot determine whether certain documents are privileged because the Log contains "a substantial number of individual's names" that were not on the "attorneys/employees list" or the separate "attorneys list" provided by Gibson Dunn together with the Log, and hence the relationship of those individuals to FLAG supposedly is unknown to plaintiffs. We have been informed by counsel for defendants in the Lawsuit, however, that they have provided this information to plaintiffs' counsel as to virtually every name at issue. This issue is thus a "red herring." To avoid further dispute, however, my understanding based upon information from defense counsel in the Lawsuit is that all of the 47 individuals listed in Ms. Block's email of February 9, 2007, attached as Exhibit 12 to the Friedman Declaration, were FLAG employees on the relevant dates, except for: A. Bonanno, N. Labovitz (listed as L. Natasha), R. Metzger and M. Rosenthal, who were Gibson, Dunn employees; S. Chase, a Qwest employee; B. Keogh and C. Young, who were Global Crossing employees; and K. Kim and N. Kim who were from SK Telecom. Those individuals employed by Qwest, Global Crossing or SK Telecom appeared on redacted documents.

22.     In response to the July 31, 2007 Letter, I determined to review personally each of the 308 specific entries on the Log that were challenged by plaintiffs' counsel in that letter. While the Log contained an appropriate level of detail in accordance with the requirements of

Rule 45(d)(2), I also determined to prepare and provide to plaintiffs' counsel a supplemental

privilege log (the "Supplemental Log") providing additional detail as to each of these challenged

documents in an effort to resolve the apparent dispute between the parties.

23.    A copy of my letter of September 26, 2007 (the "September 26, 2007 Letter"),

responding to plaintiffs' July 31, 2007 Letter, is attached as Exhibit 14 to the Friedman

Declaration. A copy of the Supplemental Log enclosed with the hard copy version of the

September 26, 2007 Letter is and attached hereto as Exhibit B. A *partial* copy of the

Supplemental Log, missing pages 6-13, is also found as Exhibit 2 to the Friedman Declaration.

24.    As stated in my September 26, 2007 Letter, we determined to produce a small

number of additional documents as a result of the further review undertaken in preparing the

Supplemental Log. These specific documents are listed as "TO BE PRODUCED" on the

Supplemental Log. A majority of these documents were produced to plaintiffs' counsel some

months ago, but due to an inadvertent error, some were not.[3] The remainder will be provided to

plaintiffs' counsel shortly, mooting this issue. In addition, we are also producing six additional

documents (numbers 277, 363, 420 (essentially the same as 363), 604, 791, 810), which likewise

moots any issue as to those documents.

---

[3] We have determined that the error occurred because the person tasked with pulling and copying these documents was working from the same version of the Supplemental Log attached to the Friedman Declaration—that is, a copy that was missing pages 6-13.

The Privileged Documents at Issue

25.     In the present motion plaintiffs claim that all documents on the Log should be produced or submitted for *in camera* review due to alleged inadequacies in the Log and the Supplemental Log.  As an initial matter, plaintiffs previously challenged specifically only 308 of the 815 entries in the original Log, and for those 308 entries we provided supplemental information.  The motion to compel identifies 125 specific documents at issue (not including those we have agreed to produce), of which nearly but not quite all were among the 308 on the Supplemental Log.

26.     To aid the Court in resolving the present motion, we have prepared a revised version of the Supplemental Log, titled "'At Issue' Privilege Log" (the "At Issue Log") that omits those documents not specifically challenged in the motion to compel.  Together with information regarding author addressee, copyee, and document type in the original Log, this provides more than ample information to establish the privilege as to each document.  A copy of this the At Issue Log, sorted by document number, is attached hereto as Exhibit C, and a copy sorted by document date is attached as Exhibit D.

27.     Each of the documents on the At Issue Log is protected from disclosure by the attorney-client privilege (indicated by "A/C") and/or by the work product doctrine (indicated by "WP").  With respect to documents withheld on A/C privilege grounds, all such documents were "made in the context of providing legal advice and/or indicate that a client confidence is involved," to borrow the phrasing from Plaintiffs' Memorandum (at 16).  Documents that were mere "business" communications, whether or not counsel were part of those communications, have not been withheld.  Where a document contained a "mix" of business and privileged

communications (which was the case particularly with a number of "email strings") we produced the non-privileged portions.

28.    With respect to documents withheld on work product grounds, plaintiffs assert that the Logs "fail to indicate whether the documents in question were prepared in anticipation of litigation." Work product obviously only applies to documents prepared in anticipation of litigation, and hence the "WP" designation indicates that this was the case. Further, the fact that litigation was anticipated from early February 2002 onward, as discussed above, was also explained in my September 26, 2007 Letter.[4]

29.    Although plaintiffs seek to suggest that the Logs are impenetrable, the basis for each privilege claim as to each contested document is readily apparent from the entries on the Revised Log. Further, given the nature of the documents, and the nature and scope of our assignments—information obvious to plaintiffs' counsel from the thousands of documents produced, as well as the Logs—it is a relatively simple task to understand how each document "fits" into the larger picture. Simply put, every document falls into one or more of the following three categories, as indicated by the entries on the At Issue Log:

(1)    Communications between FLAG in-house attorneys and other FLAG personnel for the purpose of seeking or rendering legal advice;

(2)    Communications between FLAG and Gibson, Dunn for the purpose of seeking or rendering legal advice; and/or

---

[4] Plaintiffs' Memorandum attempts to make something of the fact that page 3 of the September 26, 2007 Letter refers to "advising Flag from early February 2003 onward." This was obviously a typographical error, and the correct date is February *2002*. Given that I stated earlier in the same paragraph of the letter that "our firm was asked by Flag in approximately early *February 2002* to advise the company," and numerous documents also make this clear, there is no chance that plaintiffs' counsel is actually confused on this point as suggested in Plaintiffs' Memorandum.

(3)    Gibson, Dunn work product prepared in connection with our review of the reciprocal transactions and/or our representation of FLAG and FLAG personnel in responding to subpoenas from the SEC and others for production of documents and/or for witness testimony.

30.    To the extent that the Court wishes to review any of the documents at issue in camera to confirm the foregoing, we would be pleased to provide those documents to the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 26, 2008, in Washington, D.C.

_____
JOHN C. MILLIAN

100508093_1.DOC

# EXHIBIT A
# TO
# MILLIAN DECLARATION

*IN RE FLAG TELECOM HOLDINGS, LTD. SEC. LITIG., No. 02 CIV. 3400 (WCC)*
**Explanation Of Column Headings In Flag Telecom Privilege Log**

**Priv. No.**

Indicates the number assigned to each document.

**Date**

The date shown is the date of the document.  When the document is an email exchange, the date shown is the date reflected on the most recent (top) email.

**Author(s)**

Indicates the names of the individual or individuals who authored the document.  When the document is an email exchange, the author is the sender of the most recent (top) email.  The asterisks next to an individual's name indicate the individual is an attorney.

**Addressee(s)**

Indicates the name of the individual or individuals to whom the document is addressed.  When the document is an email exchange, the addressees are the individuals reflected in the most recent (top) email. The asterisks next to an individual's name indicate the individual is an attorney.

**CCs / Other Recipients**

The names of the individuals before the slash ("/") are the individuals who are cc'd on the document.  When the document is an email exchange, the names listed after the slash ("/") indicate the names of all individuals who are listed as authors, addressees, or cc'd in the emails below the most recent (top) email. When individuals also appear on the most recent email, the names have not been duplicated.  The asterisks next to an individual's name indicate the individual is an attorney.

**Document Type**

Indicates type of document such as e-mail, e-mail exchange and attachments, if any.

**Privilege Claim**

Indicates whether the document contains, seeks, reflects and/or is prepared at the direction of counsel. Also this column may indicate the attorney(s) and/or firm reflecting legal advice.

**Regarding**

Indicates the subject matter of the document. When the document has been redacted, it indicates the bates range in the production where that document is located.

**Privilege Category**

Indicates whether the privilege invoked is attorney-client communication ("A/C") or work product ("W/P").

**No. of Pages**

Indicates the number of pages of the document, including attachment(s), if any.

# EXHIBIT B
# TO
# MILLIAN DECLARATION

**GDC/Flag--Supplemental Privilege Log**                    Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|-------|------|----------------------|-----------|
| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
| 489 | 5/15/00 | TO BE PRODUCED | N/A |
| 774 | 5/19/00 | Email from Flag employee to Flag in-house counsel transmitting draft Qwest agreement with comments on same (only privileged email redacted; prior email and chain and draft agreement have previously been produced) | AC |
| 452 | 5/22/00 | Emails from Flag in-house counsel to Flag employees re: questions on Qwest agreement | AC |
| 473 | 5/23/00 | TO BE PRODUCED | N/A |
| 447 | 6/5/00 | TO BE PRODUCED | N/A |
| 243 | 6/9/00 | TO BE PRODUCED | N/A |
| 747 | 6/12/00 | TO BE PRODUCED | N/A |
| 811 | 6/14/00 | TO BE PRODUCED | N/A |
| 735 | 6/21/00 | Email from Flag in-house counsel to Flag personnel re: advice on Qwest agreements.  (handwritten marks on document; no words) | AC |
| 745 | 6/23/00 | Email from Flag in-house counsel to Flag personnel providing advice on terms of draft Qwest agreement | AC |
| 276 | 6/27/00 | Emails between Flag in-house counsel and Flag personnel re: terms of KPNQwest agreement | AC |
| 623 | 6/27/00 | Emails between Flag in-house counsel and Flag COO re: Qwest agreement; discusses terms of proposed agreements and in-house counsel's views re: same | AC |
| 737 | 6/27/00 | Email from Flag in-house counsel to Flag employees re: comments on KPNQwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 363 | 8/6/00 | Email from secretary for Flag in-house counsel to Flag employee attaching draft agreement containing comments by in-house counsel; email transmitting same to other Flag employees | AC |
| 466 | 8/22/00 | Email from Flag in-house counsel to Flag employee providing comments on draft Qwest backhaul US capacity agreement; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|-------|------|---------------------|-----------|
| 464 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest | AC |
| 465 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest (substantively identical to 464) | AC |
| 463 | 12/12/00 | Email from Flag in-house counsel to Flag employee re: needed contractual provisions; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |
| 462 | 12/14/00 | TO BE PRODUCED | N/A |
| 260 | 1/25/01 | Email from Flag in-house counsel to Flag employees advising how transactions can be accomplished under contract documents; advice forwarded within Flag | AC |
| 250 | 2/8/01 | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG FA-1 Agreement | AC |
| 97 | 2/19/01 | Emails between in-house counsel and Flag employee re: comments on revised draft agreement [no attachment exists] | AC |
| 522 | 2/22/01 | TO BE PRODUCED | N/A |
| 639 | 2/22/01 | TO BE PRODUCED | N/A |
| 694 | 2/23/01 | Emails between Flag in-house counsel and Flag employees re: reviewing KPNG agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 790 | 3/7/01 | Email from Flag in-house counsel to Flag employees discussing changes to draft agreement (only privileged email redacted; remaining emails in chain have previously been produced) | AC |
| 367 | 3/15/01 | Email from Flag in-house counsel to Flag employees re: comment on KPNQ agreement (only privileged email redacted; remaining emails in string have previously been produced) | AC |
| 387 | 3/15/01 | TO BE PRODUCED | N/A |
| 247 | 3/16/01 | Emails between Flag in house counsel and Flag employees re: draft KNPQ EuroRings Agreement | AC |
| 152 | 3/29/01 | Email from Flag in-house counsel to Flag employees re: terms of KPNQwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |

GDC/Flag--Supplemental Privilege Log                    Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 622 | 4/22/01 | Email from Flag in-house counsel to Flag employee re: terms of Verizon agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 275 | 5/14/01 | Emails between Flag in-house attorney and Flag personnel re: attorney's views on proposed Qwest document; HW note in margin by Flag attorney | AC |
| 506 | 5/14/01 | SAME AS 275 | Duplicate |
| 612 | 5/22/01 | Email from Flag employee to Flag in-house counsel and to outside counsel with comments on draft agreement to assist with counsel's review of draft agreement | AC |
| 161 | 5/24/01 | TO BE PRODUCED | N/A |
| 162 | 5/24/01 | TO BE PRODUCED | N/A |
| 175 | 5/24/01 | Emails from Flag in-house counsel to Flag employees re: comments on draft agreement | AC |
| 482 | 5/24/01 | SAME AS 175 | Duplicate |
| 79 | 6/1/01 | Emails between Flag in-house counsel and Flag employee re: draft nondisclosure agreement; attached draft nondisclosure agreement | AC |
| 99 | 6/4/01 | Summary of email prepared by GD&C | WP |
| 528 | 6/4/01 | TO BE PRODUCED | N/A |
| 87 | 6/14/01 | TO BE PRODUCED | N/A |
| 84 | 6/18/01 | Email from in-house counsel to Flag employees offering view on form of deal | AC |
| 661 | 6/18/01 | TO BE PRODUCED | N/A |
| 791 | 6/27/01 | Email from Flag in-house counsel to Flag employees providing comments on draft contract documents | AC |
| 353 | 6/28/01 | TO BE PRODUCED | N/A |
| 355 | 6/29/01 | TO BE PRODUCED | N/A |
| 356 | 6/29/01 | Email from GD&C to Flag in-house counsel re: questions on draft agreement (only privileged email redacted; earlier email in chain has previously been produced) | AC |
| 369 | 6/29/01 | TO BE PRODUCED | N/A |
| 656 | 6/29/01 | SAME AS 369 | Duplicate |
| 420 | 7/4/01 | Email from Flag in-house counsel to Flag employee transmitting draft agreement | AC |
| 391 | 7/24/01 | Notes of telephone call with Ken Floyd of Flag re: Qwest transaction | AC, WP |
| 332 | 9/24/01 | TO BE PRODUCED | N/A |
| 265 | 9/25/01 | SAME AS 815 | Duplicate |
| 815 | 9/25/01 | TO BE PRODUCED | N/A |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 194 | 9/26/01 | Email from Flag in-house counsel to Flag employee advising re: suggested provisions of prospective contract | AC |
| 195 | 10/1/01 | TO BE PRODUCED | N/A |
| 21 | 10/9/01 | TO BE PRODUCED | N/A |
| 491 | 10/12/01 | Email from secretary for Flag in-house counsel transmitting to Flag employees comments by Flag in-house counsel on needed terms for contract with Qwest (only privileged email to be redacted; EARLIER EMAILS IN CHAIN WILL BE PRODUCED) | AC |
| 560 | 11/20/01 | TO BE PRODUCED | N/A |
| 169 | 11/23/01 | TO BE PRODUCED | AC |
| 41 | 12/4/01 | TO BE PRODUCED | AC |
| 280 | 12/4/01 | Emails from Flag in-house counsel to Flag employees regarding interpretation of agreement (ATTACHED PAGE FROM AGREEMENT WILL BE PRODUCED) | AC |
| 578 | 12/6/01 | Email from Flag GC to Flag employees re: comment on draft release of financial results (only privileged email redacted; earlier emails in chain have previously been produced) | AC |
| 35 | 12/7/01 | TO BE PRODUCED (35-39 all part of same email chain) | N/A |
| 36 | 12/7/01 | TO BE PRODUCED (35-39 all part of same email chain) | N/A |
| 37 | 12/7/01 | TO BE PRODUCED (35-39 all part of same email chain) | N/A |
| 38 | 12/7/01 | TO BE PRODUCED (35-39 all part of same email chain) | N/A |
| 39 | 12/7/01 | TO BE PRODUCED (35-39 all part of same email chain) | N/A |
| 113 | 1/29/02 | Email from GDC to Flag in-house counsel re: Global Crossing bankruptcy; email from GDC to Flag CEO sending article re: same | AC |
| 116 | 1/29/02 | TO BE PRODUCED | N/A |
| 406 | 2/6/02 | TO BE PRODUCED | N/A |
| 407 | 2/6/02 | SAME AS 406 | Duplicate |
| 517 | 2/6/02 | Emails between GD&C and Flag GC re: Global Crossing agreements; last email in chain is from Flag GC's secretary passing along information from GC | AC |
| 352 | 2/7/02 | Summary of reciprocal transactions prepared by Flag at request of J. Millian of | AC, WP |
| 518 | 2/7/02 | SAME AS 352 | AC, WP |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 342 | 2/9/02 | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions (typed version of 428) | AC, WP |
| 400 | 2/9/02 | SAME AS 342 | AC, WP |
| 46 | 2/10/02 | Internal GD&C email transmitting summary of reciprocal agreements prepared by GD&C and summarizing issues re: same | WP |
| 361 | 2/10/02 | GD&C internal email and chart summarizing reciprocal transactions | WP |
| 362 | 2/10/02 | SAME AS 361 | Duplicate |
| 47 | 2/16/02 | Email from Flag employee to GD&C regarding reciprocal transaction accounting; email from one GD&C attorney to another re: same | AC, WP |
| 343 | 2/16/02 | SAME AS 47 | Duplicate |
| 112 | 2/17/02 | Email from GD&C to Flag employees advising re: response to shareholder inquiry | AC, WP |
| 134 | 2/17/02 | SAME AS 112 | Duplicate |
| 474 | 2/17/02 | GD&C memo re: reciprocal transactions and covering memo re: same | WP |
| 359 | 2/18/02 | GD&C memo re: reciprocal transactions and covering memo re: same | WP |
| 360 | 2/18/02 | SAME AS 359 | Duplicate |
| 475 | 2/18/02 | SAME AS 359 | Duplicate |
| 13 | 2/19/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC, WP |
| 111 | 2/19/02 | SAME AS 13 | Duplicate |
| 133 | 2/19/02 | SAME AS 13 | Duplicate |
| 269 | 2/20/02 | Emails between Flag in-house counsel and Flag employees re: how to respond to request for assurances from customer Etisalat | AC, WP |
| 278 | 2/21/02 | Draft email from Flag in-house counsel to Flag employees providing comments and advice on terms of draft agreement; handwritten edits to draft email | AC, WP |
| 308 | 2/22/02 | Emails between GD&C and Flag GC re: document production in response to subpoena | AC, WP |

## GDC/Flag--Supplemental Privilege Log                Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 76 | 2/25/02 | Memo from Flag GC to Flag employees re: response to subpoena; email transmitting same | AC, WP |
| 267 | 2/25/02 | Emails among GD&C, Flag GC and Flag employee re: document production in response to subpoena | AC, WP |
| 268 | 2/25/02 | Emails among GD&C, Flag GC and Flag employee re: document production in response to subpoena | AC, WP |
| 324 | 2/25/02 | DUPLICATE OF 76 | Duplicate |
| 328 | 2/25/02 | DUPLICATE OF 76 | Duplicate |
| 665 | 2/25/02 | Email from Flag in-house counsel to Flag employee re: legal department's views on agreement.  (Only privileged portion of document redacted; remainder of document has previously been produced) | AC |
| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
| 103 | 2/26/02 | SAME AS 12 | Duplicate |
| 105 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder; email from Flag GC adding further advice (advice emails redacted; earlier emails in chain have been produced) | AC,WP |
| 119 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 121 | 2/26/02 | Same as 119 | Duplicate |
| 132 | 2/26/02 | SAME AS 12 | Duplicate |
| 138 | 2/26/02 | SAME AS 105 | Duplicate |
| 199 | 2/26/02 | TO BE PRODUCED | N/A |
| 200 | 2/26/02 | TO BE PRODUCED | N/A |
| 336 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 338 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production | AC, WP |
| 340 | 2/26/02 | SAME AS 338 | Duplicate |

GDC/Flag—Supplemental Privilege Log          Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 341 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 460 | 2/26/02 | Email from Flag in-house attorney to Flag employee expressing views on draft Qwest agreement | AC |
| 461 | 2/26/02 | Email from Flag in-house attorney to Flag employee re: comments on draft Qwest agreement | AC |
| 510 | 2/26/02 | TO BE PRODUCED | N/A |
| 644 | 2/26/02 | Email from GD&C to Flag CEO re: responding to shareholder inquiry | AC |
| 767 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier emails in chain have previously been produced) | AC |
| 768 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier emails in chain have previously been produced) (part of same email chain as 767) | AC |
| 770 | 2/26/02 | TO BE PRODUCED | N/A |
| 128 | 2/27/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena; email transmitting same (EMAIL TO BE PRODUCED WITHOUT ATTACHMENT) | AC, WP |
| 307 | 2/27/02 | Emails between GD&C and Flag re: responding to subpoena for Global Crossing documents | AC, WP |
| 311 | 2/27/02 | GD&C memo re: production of documents in response to SEC subpoena | WP |
| 313 | 2/27/02 | SAME AS 311 | Duplicate |
| 327 | 2/27/02 | SAME AS 128 | Duplicate |
| 329 | 2/27/02 | GD&C memo re: production of documents in response to SEC subpoena | AC, WP |
| 330 | 2/27/02 | GD&C memo re: production of documents in response to SEC subpoena | AC, WP |
| 434 | 2/27/02 | SAME AS 311 | Duplicate |
| 441 | 2/27/02 | TO BE PRODUCED | N/A |
| 457 | 2/27/02 | Email from Flag employee to Flag in-house counsel re: terms of Qwest contract (couple of illegible notes added) | AC |
| 455 | 2/28/02 | Email from Flag in-house counsel to Flag employees attaching draft agreement and soliciting comments | AC |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 305 | 3/1/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 309 | 3/1/02 | SAME AS 305 | Duplicate |
| 453 | 3/1/02 | TO BE PRODUCED | N/A |
| 509 | 3/1/02 | SAME AS 305 | Duplicate |
| 212 | 3/2/02 | Index to attorney's notebook regarding reciprocal transactions | WP |
| 304 | 3/2/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 310 | 3/2/02 | DUPLICATE OF 304 | Duplicate |
| 271 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 272 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 273 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing, with suggested edits by outside counsel | AC, WP |
| 274 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 314 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 556 | 3/5/02 | TO BE PRODUCED | N/A |
| 100 | 3/6/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 45 | 3/12/02 | Communication among GD&C attorneys regarding compliance with SEC subpoena | WP |
| 511 | 3/12/02 | GD&C memo re: production of documents in response to SEC subpoena | WP |
| 761 | 3/15/02 | Email from Flag in-house counsel to another Flag in-house counsel, with copies to Flag employee, regarding comments on draft agreement (only privileged email redacted; earlier emails in string have previously been produced) | AC |
| 762 | 3/15/02 | Email between Flag in-house counsel and Flag employees re: comments on draft agreement | AC |
| 346 | 3/21/02 | TO BE PRODUCED | N/A |
| 757 | 3/21/02 | TO BE PRODUCED | N/A |
| 679 | 3/25/02 | TO BE PRODUCED | N/A |
| 754 | 3/25/02 | TO BE PRODUCED | N/A |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 752 | 3/26/02 | Emails between Flag in-house counsel and Flag employees re: terms of Qwest agreement (only privileged emails redacted; remainder of email string has previously been produced) | AC |
| 796 | 3/26/02 | SAME AS 752 | Duplicate |
| 43 | 4/4/02 | Emails between GD&C and Flag GC regarding pending class action litigation | AC, WP |
| 751 | 4/26/02 | Email between Flag in-house counsel re: proposed changes to Qwest contract | AC |
| 224 | 5/10/02 | TO BE PRODUCED | N/A |
| 733 | 5/13/02 | Email between Flag in-house counsel re: terms of proposed Qwest contract (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 732 | 5/17/02 | TO BE PRODUCED | N/A |
| 443 | 5/21/02 | TO BE PRODUCED | N/A |
| 730 | 5/22/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 222 | 5/23/02 | Email from Flag in-house counsel to Flag employee confirming understanding regarding authorization issue | AC |
| 728 | 5/23/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 347 | 6/25/02 | TO BE PRODUCED | N/A |
| 389 | 7/23/02 | Notes of telephone call with client re: Qwest transaction and call from House attorney | AC, WP |
| 390 | 7/23/02 | Notes of telephone call with Ann Washington, attorney for House committee re: Qwest transaction | WP |
| 515 | 7/23/02 | TO BE PRODUCED | N/A |
| 516 | 7/23/02 | TO BE PRODUCED | N/A |
| 392 | 7/25/02 | Notes of telephone call with Ed McCormack, Veronica Pastor and Ken Floyd of Flag re: Qwest transaction | WP |
| 393 | 7/25/02 | Notes of telephone interview of Ken Floyd by Ann Washington | WP |
| 193 | 8/7/02 | memo from Flag in-house counsel to Flag CEO re: draft memo re: SEC document subpoena | AC, WP |
| 501 | 8/7/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |
| 256 | 8/9/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 413 | 8/9/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc.# | Date | Document Description | Privilege |
|---|---|---|---|
| 414 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 415 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 416 | 8/9/02 | Emails between Flag in-house counsel re: New York AG subpoena | AC, WP |
| 499 | 8/9/02 | SAME AS 413 | Duplicate |
| 500 | 8/9/02 | SAME AS 415 | Duplicate |
| 502 | 8/9/02 | SAME AS 416 | Duplicate |
| 514 | 8/9/02 | SAME AS 256 | Duplicate |
| 417 | 8/12/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 503 | 8/12/02 | SAME AS 417 | Duplicate |
| 418 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 419 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 504 | 8/13/02 | SAME AS 418 | Duplicate |
| 184 | 8/15/02 | Email from Flag employee to Flag in-house counsel re: document collection for subpoena | AC, WP |
| 401 | 8/15/02 | SAME AS 184 | Duplicate |
| 513 | 8/15/02 | SAME AS 184 | Duplicate |
| 337 | 8/16/02 | Memo from GD&C to Flag in-house counsel re: Congressional and SEC investigations | AC, WP |
| 205 | 8/25/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 206 | 8/25/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 207 | 8/25/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 192 | 8/26/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 203 | 8/26/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 204 | 8/26/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 394 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 395 | 8/26/02 | Notes of telephone call with Ann Washington, attorney for House committee re: Qwest transaction | WP |
| 396 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 397 | 8/26/02 | Attorney notes of K. Floyd interview | WP |
| 429 | 8/26/02 | Attorney notes of K. Floyd interview | WP |
| 498 | 8/26/02 | Summary of reciprocal transaction documents prepared by counsel | WP |
| 512 | 8/26/02 | Summary of reciprocal transaction documents prepared by counsel | WP |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 178 | 9/11/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation | AC, WP |
| 183 | 9/13/02 | Email between GD&C lawyers regarding testimony before House committee | WP |
| 179 | 9/15/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation, attorney notes added | AC, WP |
| 398 | 9/15/02 | HW notes by M. Flanagan of GD&C re: conversation with J. Millian of GD&C on background of pending Flag issues (9/15/00 date in privilege log is incorrect; correct date appears to be 9/15/02) | WP |
| 303 | 9/16/02 | Attorney notes of points to discuss with witness prior to testimony | AC, WP |
| 180 | 9/19/02 | Email from GD&C to Flag re: document production and testimony issues | AC, WP |
| 254 | 9/21/02 | Email sending draft press release for review to Flag in-house counsel, other employees, and to GD&C | AC, WP |
| 172 | 9/24/02 | Attorney notes regarding testimony on first page of document redacted | WP |
| 98 | 10/22/02 | Internal GD&C emails re: privilege review for production of documents in response to subpoena; handwritten attorney notes | WP |
| 257 | 12/17/02 | Internal GD&C memo re: review of Flag emails for SEC document production | WP |
| 364 | 2/28/03 | Emails between GD&C and Flag in-house attorneys re: Qwest agreement (ATTACHED AGREEMENT TO BE PRODUCED) | AC, WP |
| 197 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire | AC,WP |
| 349 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire (ATTACHED DOCUMENT TO BE PRODUCED) | AC, WP |
| 234 | 3/22/03 | Internal GD&C email communication re: review of Ken Floyd emails for SEC investigation | WP |
| 258 | 3/25/03 | Non-responsive; document does not relate to Flag | N/A |
| 350 | 3/28/03 | TO BE PRODUCED | N/A |
| 312 | 3/31/03 | GD&C memorandum re: Floyd SEC deposition. | WP |
| 388 | 3/31/03 | SAME AS 312 | Duplicate |
| 496 | 3/31/03 | SAME AS 312 | Duplicate |
| 653 | 4/3/03 | Emails between GD&C personnel re: Flag audit response letter | WP |
| 102 | 7/14/05 | email between GD&C lawyers regarding Qwest-related subpoena received by Flag and client's instructions re: same | WP |

## GDC/Flag--Supplemental Privilege Log          Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 101 | 7/20/05 | Summary of reciprocal transactions prepared by GD&C | WP |
| 326 | 7/26/05 | Outside counsel notes of TC w/ Flag employee who will be testifying; GD&C attorney notes summarizing reciprocal transactions; attorney notes for Ken Floyd deposition | WP |
| 255 | 2/27/06 | Internal GD&C memo re: production of documents in response to SEC subpoena | WP |
| 181 | 9/24/06 | Attorney notes of issues to be addressed in a testimony prep session with a Flag employee who has been called to testify before Congress | WP |
| 551 | 12/0/00 | Email from Flag in-house counsel to Flag employees re: comments on Qwest issue list | AC |
| 357 | 2/27/03 thru 6/23/03 | Attorney notes of TCs with Flag personnel and with SEC personnel | AC, WP |
| 202 | 5/00/03 (original misdated) | GD&C notes with general points to be discussed with McCormack in deposition preparation | AC, WP |
| 431 | 7/23/02 thru 8/26/02 | Attorney notes of TCs and meetings with Flag personnel and with SEC personnel | AC, WP |
| 208 | undated | Attorney notes for a hearing in the Flag bankruptcy matter | WP |
| 211 | undated | Chronology of events prepared by outside counsel based on review of class action complaint | WP |
| 214 | undated | Email from Flag in-house counsel to Flag employees providing legal department's comments on Qwest presentation | AC |
| 215 | undated | Email from Flag in-house counsel to Flag employees providing comments on Qwest interim service provisioning agreement, with HW notes added | AC |
| 216 | undated | Email from Flag in-house counsel to Flag employee providing comments on Qwest interim service provisioning agreement | AC |
| 242 | undated | TO BE PRODUCED | N/A |
| 245 | undated | Emails between Flag in house counsel and Flag employees re: draft Qwest agreement, including attorney comments re: contents of same | AC |
| 251 | undated | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG Dark Fibre IRU Agreement; suggested edits to one contract provision | AC |

# GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 270 | undated | Chronology of events prepared by outside counsel based on review of class action complaint | WP |
| 277 | undated | Suggested changes to agreement | AC |
| 293 | undated | Email from Flag in-house attorney to Flag employee re: information needed for responding to draft KPNQwest agreement | AC |
| 299 | undated | Legal analysis of C&W: O&M monetising issues | AC, WP |
| 316 | undated | Emails between Flag in-house attorney and Flag employees re: KPN contracts | AC |
| 323 | undated | Attorney notes of action items to prepare Flag employee for testimony before House committee; generic rules for witnesses | AC, WP |
| 334 | undated | Counsel's notes of general instructions to be given to witness who will be giving testimony--NONRESPONSIVE | N/A |
| 335 | undated | SAME AS 334 | Duplicate |
| 348 | undated | TO BE PRODUCED | N/A |
| 354 | undated | GD&C Powerpoint presentation to Flag re: restructuring steps; sets out legal advice | AC,WP |
| 370 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 371 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 372 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 373 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 374 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 375 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 376 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 377 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 378 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 379 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 380 | undated | Attorney notes of K. Floyd SEC interview | WP |
| 381 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 382 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 383 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |

## GDC/Flag–Supplemental Privilege Log                 Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 384 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 385 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 386 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 402 | undated | Attorney notes of witness interview | WP |
| 403 | undated | Attorney notes of TC w/ client | AC, WP |
| 404 | undated | Attorney notes of witness interview | WP |
| 405 | undated | Non-responsive; document does not relate to Flag | N/A |
| 409 | undated | SAME AS 400 | Duplicate |
| 410 | undated | Attorney notes of SEC deposition | WP |
| 424 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 425 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 426 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 427 | undated | Summary of reciprocal transaction documents prepared by counsel | WP |
| 428 | undated | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions | AC, WP |
| 430 | undated | Attorney notes re: anticipated SEC depositions | WP |
| 432 | undated | notes re: to do item on Flag | WP |
| 437 | undated | Attorney notes of TC w/ C. Reilly re: bankruptcy proceedings | WP |
| 438 | undated | Outside counsel notes re: draft press release | AC, WP |
| 439 | undated | Notes of telephone call with C. Eason, government attorney re: scheduling testimony and likely topics | WP |
| 440 | undated | Attorney notes re: potential litigation issues | WP |
| 472 | undated | TO BE PRODUCED | N/A |
| 476 | undated | GD&C summary re: reciprocal agreements | WP |
| 477 | undated | GD&C summary re: reciprocal agreements | WP |
| 478 | undated | GD&C summary re: reciprocal agreements | WP |
| 479 | undated | Agenda and chart re: accounting for reciprocal transactions; GD&C attorney notes on same | TBD |
| 480 | undated | GD&C summary re: reciprocal agreements | WP |
| 490 | undated | GD&C attorney notes re: TCs w/ clients, others | AC, WP |
| 492 | undated | GD&C attorney notes re: witness interview, deposition | AC, WP |
| 508 | undated | Index to GD&C work product notebook | WP |

## GDC/Flag--Supplemental Privilege Log

Sept. 26, 2007

| Doc # | Date | Document Description | Privilege |
|---|---|---|---|
| 521 | undated | Flag in-house attorney memo to Flag employee regarding comments on Qwest agreement and proposed terms for same | AC |
| 559 | undated | TO BE PRODUCED | N/A |
| 739 | undated | Emails between Flag in-house counsel and Flag employees re: Qwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 746 | undated | Email from Flag in-house counsel to Flag employees re: Qwest drafts (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 772 | undated | Email from Flag in-house counsel to Flag employees re: Qwest action items on Qwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 802 | undated | Note between GD&C attorneys re: SEC staff. | WP |
| 807 | undated | GD&C attorney notes re: status of investigation | WP |
| 809 | undated | Flag Telecom draft earnings questions with GD&C notes of call with clients | AC, WP |
| 810 | undated | Flag Telecom draft earnings questions with proposed edits | AC, WP |
| 812 | undated | Flag in-house counsel attorney notes setting out issues related to Qwest; reflects client confidences | AC |
| 814 | undated | Notes regarding chronology of Qwest transactions; notes re: McCormack SEC deposition testimony | WP |
| 351 | undated (c. 2/7/02) | Summary of reciprocal transactions prepared by Flag at request of J. Millian of GD&C and sent to J. Millian | WP |

# EXHIBIT C
# TO
# MILLIAN DECLARATION

**GDC/Flag--"At Issue"  Privilege Log (sorted by document number)**

| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
|---|---|---|---|
| 13 | 2/19/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; | AC, WP |
| 76 | 2/25/02 | Memo from Flag GC to Flag employees re: response to subpoena; email transmitting same | AC, WP |
| 79 | 6/1/01 | Emails between Flag in-house counsel and Flag employee re: draft nondisclosure agreement; attached draft nondisclosure agreement | AC |
| 84 | 6/18/01 | Email from in-house counsel to Flag employees offering view on form of deal | AC |
| 99 | 6/4/01 | Summary of email prepared by GD&C | WP |
| 100 | 3/6/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 102 | 7/14/05 | email between GD&C lawyers regarding Qwest-related subpoena received by Flag and client's instructions re: same | WP |
| 105 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder; email from Flag GC adding further advice (advice emails redacted; earlier emails in chain have been produced) | AC,WP |
| 112 | 2/17/02 | Email from GD&C to Flag employees advising re: response to shareholder inquiry | AC, WP |
| 113 | 1/29/02 | Email from GDC to Flag in-house counsel re: Global Crossing bankruptcy; email from GDC to Flag CEO sending article re: same | AC |
| 119 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 128 | 2/27/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena; email transmitting same (EMAIL TO BE PRODUCED WITHOUT ATTACHMENT) | AC,WP |
| 152 | 3/29/01 | Email from Flag in-house counsel to Flag employees re: terms of KPNQwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 175 | 5/24/01 | Emails from Flag in-house counsel to Flag employees re: comments on draft agreement | AC |
| 178 | 9/11/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation | AC, WP |
| 179 | 9/15/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation, attorney notes added | AC, WP |
| 180 | 9/19/02 | Email from GD&C to Flag re: document production and testimony issues | AC, WP |
| 184 | 8/15/02 | Email from Flag employee to Flag in-house counsel re: document collection for subpoena | AC, WP |
| 193 | 8/7/02 | memo from Flag in-house counsel to Flag CEO re: draft memo re: SEC document subpoena | AC, WP |

## GDC/Flag--"At Issue"  Privilege Log (sorted by document number)

| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
|---|---|---|---|
| 194 | 9/26/01 | Email from Flag in-house counsel to Flag employee advising re: suggested provisions of prospective contract | AC |
| 197 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire | AC,WP |
| 202 | 5/00/03 (original misdated) | GD&C notes with general points to be discussed with McCormack in deposition preparation | AC, WP |
| 214 | undated | Email from Flag in-house counsel to Flag employees providing legal department's comments on Qwest presentation | AC |
| 215 | undated | Email from Flag in-house counsel to Flag employees providing comments on Qwest interim service provisioning agreement, with HW notes added | AC |
| 216 | undated | Email from Flag in-house counsel to Flag employee providing comments on Qwest interim service provisioning agreement | AC |
| 222 | 5/23/02 | Email from Flag in-house counsel to Flag employee confirming understanding regarding authorization issue | AC |
| 247 | 3/16/01 | Emails between Flag in house counsel and Flag employees re: draft KNPQ EuroRings Agreement | AC |
| 250 | 2/8/01 | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG FA-1 Agreement | AC |
| 251 | undated | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG Dark Fibre IRU Agreement; suggested edits to one contract provision | AC |
| 254 | 9/21/02 | Email sending draft press release for review to Flag in-house counsel, other employees, and to GD&C | AC, WP |
| 256 | 8/9/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 260 | 1/25/01 | Email from Flag in-house counsel to Flag employees advising how transactions can be accomplished under contract documents; advice forwarded within Flag | AC |
| **267** | 2/25/02 | SAME 268 | AC, WP |
| 268 | 2/25/02 | Emails among GD&C, Flag GC and Flag employee re: document production in response to subpoena | AC, WP |
| 269 | 2/20/02 | Emails between Flag in-house counsel and Flag employees re: how to respond to request for assurances from customer Etisalat | AC, WP |
| 271 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 272 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 273 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing, with suggested edits by outside counsel | AC, WP |
| 274 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |

September 26, 2008

## GDC/Flag--"At Issue" Privilege Log (sorted by document number)

| | | | |
|---|---|---|---|
| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
| 275 | 5/14/01 | Emails between Flag in-house attorney and Flag personnel re: attorney's views on proposed Qwest document; HW note in margin by Flag attorney | AC |
| 276 | 6/27/00 | Emails between Flag in-house counsel and Flag personnel re: terms of KPNQwest agreement | AC |
| 277 | undated | Suggested changes to agreement | AC |
| 278 | 2/21/02 | Draft email from Flag in-house counsel to Flag employees providing comments and advice on terms of draft agreement; handwritten edits to draft email | AC, WP |
| 280 | 12/4/01 | Emails from Flag in-house counsel to Flag employees regarding interpretation of agreement (ATTACHED PAGE FROM AGREEMENT WILL BE PRODUCED) | AC |
| 293 | undated | Email from Flag in-house attorney to Flag employee re: information needed for responding to draft KPNQwest agreement | AC |
| 299 | undated | Legal analysis of C&W: O&M monetising issues | AC, WP |
| 303 | 9/16/02 | Attorney notes of points to discuss with witness prior to testimony | AC, WP |
| 304 | 3/2/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 305 | 3/1/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 308 | 2/22/02 | Emails between GD&C and Flag GC re: document production in response to subpoena | AC, WP |
| 314 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 316 | undated | Emails between Flag in-house attorney and Flag employees re: KPN contracts | AC |
| **322** | 2/21/02 | Communication from FLAG executive to Gibson, Dunn re: potential letter to go out on reciprocal contracts | AC, WP |
| 323 | undated | Attorney notes of action items to prepare Flag employee for testimony before House committee; generic rules for witnesses | AC, WP |
| 330 | 2/27/02 | GD&C memo re: production of documents in response to SEC subpoena | AC, WP |
| **331** | 2/21/02 | SAME AS 322 | AC, WP |
| 336 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 337 | 8/16/02 | Memo from GD&C to Flag in-house counsel re: Congressional and SEC investigations | AC, WP |
| 338 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production | AC, WP |

September 26, 2008

**GDC/Flag--"At Issue" Privilege Log (sorted by document number)**

| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
|----|---------|---|----|
| 341 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 342 | 2/9/02 | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions (typed version of 428) | AC, WP |
| 349 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire (ATTACHED DOCUMENT TO BE PRODUCED) | AC, WP |
| 352 | 2/7/02 | Summary of reciprocal transactions prepared by Flag at request of J. Millian of GD&C and sent to J. Millian; JCM handwritten notes on same | AC, WP |
| 354 | undated | GD&C Powerpoint presentation to Flag re: restructuring steps; sets out legal advice | AC,WP |
| 356 | 6/29/01 | Email from GD&C to Flag in-house counsel re: questions on draft agreement (only privileged email redacted; earlier email in chain has previously been produced) | AC |
| 357 | 2/27/03 thru 6/23/03 | Attorney notes of TCs with Flag personnel and with SEC personnel | AC, WP |
| **358** | 6/29/01 | "FLAG Telecom Draft" of IRU Agreement with "Global _____." Appears to be an early draft not shared outside FLAG. | AC |
| 363 | 8/6/00 | Email from secretary for Flag in-house counsel to Flag employee attaching draft agreement containing comments by in-house counsel; email transmitting same to other Flag employees | AC |
| 367 | 3/15/01 | Email from Flag in-house counsel to Flag employees re: comment on KPNQ agreement (only privileged email redacted; remaining emails in string have previously been produced) | AC |
| 389 | 7/23/02 | Notes of telephone call with client re: Qwest transaction and call from House attorney | AC, WP |
| 391 | 7/24/01 | Notes of telephone call with Ken Floyd of Flag re: Qwest transaction | AC, WP |
| 394 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 396 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 403 | undated | Attorney notes of TC w/ client | AC, WP |
| 413 | 8/9/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |
| 414 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 415 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 416 | 8/9/02 | Emails between Flag in-house counsel re: New York AG subpoena | AC, WP |

September 26, 2008

**GDC/Flag--"At Issue"  Privilege Log (sorted by document number)**

| | | | |
|---|---|---|---|
| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
| 418 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 419 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 420 | 7/4/01 | Email from Flag in-house counsel to Flag employee transmitting draft agreement | AC |
| 428 | undated | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions | AC, WP |
| 431 | 7/23/02 thru 8/26/02 | Attorney notes of TCs and meetings with Flag personnel and with SEC personnel | AC, WP |
| 438 | undated | Outside counsel notes re: draft press release | AC, WP |
| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
| 452 | 5/22/00 | Emails from Flag in-house counsel to Flag employees re: questions on Qwest agreement | AC |
| 455 | 2/28/02 | Email from Flag in-house counsel to Flag employees attaching draft agreement and soliciting comments | AC |
| 460 | 2/26/02 | Email from Flag in-house attorney to Flag employee expressing views on draft Qwest agreement | AC |
| 461 | 2/26/02 | Email from Flag in-house attorney to Flag employee re: comments on draft Qwest agreement | AC |
| 463 | 12/12/00 | Email from Flag in-house counsel to Flag employee re: needed contractual provisions; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |
| 464 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest | AC |
| 465 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest (substantively identical to 464) | AC |
| 466 | 8/22/00 | Email from Flag in-house counsel to Flag employee providing comments on draft Qwest backhaul US capacity agreement; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |
| 490 | undated | GD&C attorney notes re: TCs w/ clients, others | AC, WP |
| 491 | 10/12/01 | Email from secretary for Flag in-house counsel transmitting to Flag employees comments by Flag in-house counsel on needed terms for contract with Qwest (only privileged email to be redacted; EARLIER EMAILS IN CHAIN WILL BE PRODUCED) | AC |
| 492 | undated | GD&C attorney notes re: witness interview, deposition | AC, WP |
| 501 | 8/7/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |

September 26, 2008

**GDC/Flag--"At Issue"  Privilege Log (sorted by document number)**

| | | | |
|---|---|---|---|
| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
| 517 | 2/6/02 | Emails between GD&C and Flag GC re: Global Crossing agreements; last email in chain is from Flag GC's secretary passing along information from GC | AC |
| 521 | undated | Flag in-house attorney memo to Flag employee regarding comments on Qwest agreement and proposed terms for same | AC |
| 551 | 12/0/00 | Email from Flag in-house counsel to Flag employees re: comments on Qwest issue list | AC |
| 578 | 12/6/01 | Email from Flag GC to Flag employees re: comment on draft release of financial results (only privileged email redacted; earlier emails in chain have previously been produced) | AC |
| 622 | 4/22/01 | Email from Flag in-house counsel to Flag employee re: terms of Verizon agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 623 | 6/27/00 | Emails between Flag in-house counsel and Flag COO re: Qwest agreement; discusses terms of proposed agreements and in-house counsel's views re: same | AC |
| 644 | 2/26/02 | Email from GD&C to Flag CEO re: responding to shareholder inquiry | AC |
| 665 | 2/25/02 | Email from Flag in-house counsel to Flag employee re: legal department's views on agreement.  (Only privileged portion of document redacted; remainder of document has previously been produced) | AC |
| 694 | 2/23/01 | Emails between Flag in-house counsel and Flag employees re: reviewing KPNG agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| **698** | 2/12/02 | See original Log | AC |
| 728 | 5/23/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 730 | 5/22/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email | AC |
| 737 | 6/27/00 | Email from Flag in-house counsel to Flag employees re: comments on KPNQwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 745 | 6/23/00 | Email from Flag in-house counsel to Flag personnel providing advice on terms of draft Qwest agreement | AC |
| 746 | undated | Email from Flag in-house counsel to Flag employees re: Qwest drafts (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 751 | 4/26/02 | Email between Flag in-house counsel re: proposed changes to Qwest contract | AC |
| 752 | 3/26/02 | Emails between Flag in-house counsel and Flag employees re: terms of Qwest agreement (only privileged emails redacted; remainder of email string has previously been produced) | AC |

September 26, 2008

## GDC/Flag--"At Issue"  Privilege Log (sorted by document number)

| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
|---|---|---|---|
| 761 | 3/15/02 | Email from Flag in-house counsel to another Flag in-house counsel, with copies to Flag employee, regarding comments on draft agreement (only privileged email redacted; earlier emails in string have previously been produced) | AC |
| 762 | 3/15/02 | Email between Flag in-house counsel and Flag employees re: comments on draft agreement | AC |
| 767 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier emails in chain have previously been produced) | AC |
| 768 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier emails in chain have previously been produced) (part of same email chain as 767) | AC |
| 772 | undated | Email from Flag in-house counsel to Flag employees re: Qwest action items on Qwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 791 | 6/27/01 | Email from Flag in-house counsel to Flag employees providing comments on draft contract documents | AC |
| 802 | undated | Note between GD&C attorneys re: SEC staff. | WP |
| 809 | undated | Flag Telecom draft earnings questions with GD&C notes of call with clients | AC, WP |
| 810 | undated | Flag Telecom draft earnings questions with proposed edits | AC, WP |
| 812 | undated | Flag in-house counsel attorney notes setting out issues related to Qwest; reflects client confidences | AC |

# EXHIBIT D
# TO
# MILLIAN DECLARATION

Document12

## GDC/Flag--"At Issue"  Privilege Log (sorted by document date)

| | | | |
|---|---|---|---|
| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
| 452 | 5/22/00 | Emails from Flag in-house counsel to Flag employees re: questions on Qwest agreement | AC |
| 745 | 6/23/00 | Email from Flag in-house counsel to Flag personnel providing advice on terms of draft Qwest agreement | AC |
| 276 | 6/27/00 | Emails between Flag in-house counsel and Flag personnel re: terms of KPNQwest agreement | AC |
| 623 | 6/27/00 | Emails between Flag in-house counsel and Flag COO re: Qwest agreement; discusses terms of proposed agreements and in-house counsel's views re: same | AC |
| 737 | 6/27/00 | Email from Flag in-house counsel to Flag employees re: comments on KPNQwest agreement (only privileged email | AC |
| 363 | 8/6/00 | Email from secretary for Flag in-house counsel to Flag employee attaching draft agreement containing comments by in-house counsel; email transmitting same to other Flag employees | AC |
| 466 | 8/22/00 | Email from Flag in-house counsel to Flag employee providing comments on draft Qwest backhaul US capacity agreement; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |
| 464 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest | AC |
| 465 | 9/12/00 | Email from Flag in-house attorney to Flag personnel providing comments on draft agreement with Qwest (substantively identical to 464) | AC |
| 463 | 12/12/00 | Email from Flag in-house counsel to Flag employee re: needed contractual provisions; handwritten note at top states "Backhaul-Qwest," apparently an indication of where to file the document | AC |
| 260 | 1/25/01 | Email from Flag in-house counsel to Flag employees advising how transactions can be accomplished under contract documents; advice forwarded within Flag | AC |
| 250 | 2/8/01 | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG FA-1 Agreement | AC |
| 694 | 2/23/01 | Emails between Flag in-house counsel and Flag employees re: reviewing KPNG agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 367 | 3/15/01 | Email from Flag in-house counsel to Flag employees re: comment on KPNQ agreement (only privileged email redacted; remaining emails in string have previously been produced) | AC |
| 247 | 3/16/01 | Emails between Flag in house counsel and Flag employees re: draft KNPQ EuroRings Agreement | AC |
| 152 | 3/29/01 | Email from Flag in-house counsel to Flag employees re: terms of KPNQwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 622 | 4/22/01 | Email from Flag in-house counsel to Flag employee re: terms of Verizon agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |

September 26, 2008

**GDC/Flag--"At Issue"  Privilege Log (sorted by document date)**

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|---|---|---|---|
| 275 | 5/14/01 | Emails between Flag in-house attorney and Flag personnel re: attorney's views on proposed Qwest document; HW note in margin by Flag attorney | AC |
| 175 | 5/24/01 | Emails from Flag in-house counsel to Flag employees re: comments on draft agreement | AC |
| 79 | 6/1/01 | Emails between Flag in-house counsel and Flag employee re: draft nondisclosure agreement; attached draft nondisclosure agreement | AC |
| 99 | 6/4/01 | Summary of email prepared by GD&C | WP |
| 84 | 6/18/01 | Email from in-house counsel to Flag employees offering view on form of deal | AC |
| 791 | 6/27/01 | Email from Flag in-house counsel to Flag employees providing comments on draft contract documents | AC |
| 356 | 6/29/01 | Email from GD&C to Flag in-house counsel re: questions on draft agreement (only privileged email redacted; earlier email in chain has previously been produced) | AC |
| **358** | 6/29/01 | "FLAG Telecom Draft" of IRU Agreement with "Global ____." Appears to be an early draft not shared outside FLAG. | AC |
| 420 | 7/4/01 | Email from Flag in-house counsel to Flag employee transmitting draft agreement | AC |
| 391 | 7/24/01 | Notes of telephone call with Ken Floyd of Flag re: Qwest transaction | AC, WP |
| 194 | 9/26/01 | Email from Flag in-house counsel to Flag employee advising re: suggested provisions of prospective contract | AC |
| 491 | 10/12/01 | Email from secretary for Flag in-house counsel transmitting to Flag employees comments by Flag in-house counsel on needed terms for contract with Qwest (only privileged email to be redacted; EARLIER EMAILS IN CHAIN WILL BE PRODUCED) | AC |
| 280 | 12/4/01 | Emails from Flag in-house counsel to Flag employees regarding interpretation of agreement (ATTACHED PAGE FROM AGREEMENT WILL BE PRODUCED) | AC |
| 578 | 12/6/01 | Email from Flag GC to Flag employees re: comment on draft release of financial results (only privileged email redacted; earlier emails in chain have previously been produced) | AC |
| 113 | 1/29/02 | Email from GDC to Flag in-house counsel re: Global Crossing bankruptcy; email from GDC to Flag CEO sending article re: same | AC |
| 517 | 2/6/02 | Emails between GD&C and Flag GC re: Global Crossing agreements; last email in chain is from Flag GC's secretary passing along information from GC | AC |
| 352 | 2/7/02 | Summary of reciprocal transactions prepared by Flag at request of J. Millian of GD&C and sent to J. Millian; JCM handwritten notes on same | AC, WP |
| 342 | 2/9/02 | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions (typed version of 428) | AC, WP |
| **698** | 2/12/02 | See original Log | AC |

## GDC/Flag--"At Issue"  Privilege Log (sorted by document date)

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|---|---|---|---|
| 112 | 2/17/02 | Email from GD&C to Flag employees advising re: response to shareholder inquiry | AC, WP |
| 13 | 2/19/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC, WP |
| 269 | 2/20/02 | Emails between Flag in-house counsel and Flag employees re: how to respond to request for assurances from customer Etisalat | AC, WP |
| 278 | 2/21/02 | Draft email from Flag in-house counsel to Flag employees providing comments and advice on terms of draft agreement; handwritten edits to draft email | AC, WP |
| **322** | 2/21/02 | Communication from FLAG executive to Gibson, Dunn re: potential letter to go out on reciprocal contracts | AC, WP |
| **331** | 2/21/02 | SAME AS 322 | AC, WP |
| 308 | 2/22/02 | Emails between GD&C and Flag GC re: document production in response to subpoena | AC, WP |
| 76 | 2/25/02 | Memo from Flag GC to Flag employees re: response to subpoena; email transmitting same | AC, WP |
| **267** | 2/25/02 | SAME 268 | AC, WP |
| 268 | 2/25/02 | Emails among GD&C, Flag GC and Flag employee re: document production in response to subpoena | AC, WP |
| 665 | 2/25/02 | Email from Flag in-house counsel to Flag employee re: legal department's views on agreement.  (Only privileged portion of document redacted; remainder of document has previously been produced) | AC |
| 12 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder (advice email redacted; earlier emails in chain have been produced) | AC |
| 105 | 2/26/02 | Email from outside counsel to Flag CEO with advice on how to respond to email from shareholder; email from Flag GC adding further advice (advice emails redacted; earlier emails in chain have been produced) | AC,WP |
| 119 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 336 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to Flag employees re: document request in respect of Global Crossing | AC, WP |
| 338 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production | AC, WP |
| 341 | 2/26/02 | Emails between GD&C and Flag re: gathering documents for production; attaches copy of privileged memo from Flag GC to | AC, WP |
| 460 | 2/26/02 | Email from Flag in-house attorney to Flag employee expressing views on draft Qwest agreement | AC |

September 26, 2008

# GDC/Flag--"At Issue"  Privilege Log (sorted by document date)

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|-----|---------|----------------------------------------------------------------------------------|-----|
| 461 | 2/26/02 | Email from Flag in-house attorney to Flag employee re: comments on draft Qwest agreement | AC |
| 644 | 2/26/02 | Email from GD&C to Flag CEO re: responding to shareholder inquiry | AC |
| 767 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier emails in chain have previously been produced) | AC |
| 768 | 2/26/02 | Email from Flag in-house counsel to Flag employees re: advice on prospective contract (only privileged emails redacted; earlier | AC |
| 128 | 2/27/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena; email transmitting same (EMAIL TO BE PRODUCED | AC,WP |
| 330 | 2/27/02 | GD&C memo re: production of documents in response to SEC subpoena | AC, WP |
| 455 | 2/28/02 | Email from Flag in-house counsel to Flag employees attaching draft agreement and soliciting comments | AC |
| 305 | 3/1/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 304 | 3/2/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 271 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 272 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 273 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing, with suggested edits by outside counsel | AC, WP |
| 274 | 3/4/02 | Draft memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 314 | 3/4/02 | Memo from Flag GC to Flag board of directors re: SEC investigation of Global Crossing | AC, WP |
| 100 | 3/6/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 761 | 3/15/02 | Email from Flag in-house counsel to another Flag in-house counsel, with copies to Flag employee, regarding comments on draft agreement (only privileged email redacted; earlier emails in string have previously been produced) | AC |
| 762 | 3/15/02 | Email between Flag in-house counsel and Flag employees re: comments on draft agreement | AC |
| 752 | 3/26/02 | Emails between Flag in-house counsel and Flag employees re: terms of Qwest agreement (only privileged emails redacted; | AC |
| 751 | 4/26/02 | Email between Flag in-house counsel re: proposed changes to Qwest contract | AC |
| 730 | 5/22/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 222 | 5/23/02 | Email from Flag in-house counsel to Flag employee confirming understanding regarding authorization issue | AC |

September 26, 2008

**GDC/Flag--"At Issue"  Privilege Log (sorted by document date)**

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|---|---|---|---|
| 728 | 5/23/02 | Email from Flag in-house counsel with comment on draft agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 389 | 7/23/02 | Notes of telephone call with client re: Qwest transaction and call from House attorney | AC, WP |
| 193 | 8/7/02 | memo from Flag in-house counsel to Flag CEO re: draft memo re: SEC document subpoena | AC, WP |
| 501 | 8/7/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |
| 256 | 8/9/02 | Memo from Flag GC to Flag employees re: compliance with SEC subpoena | AC, WP |
| 413 | 8/9/02 | Email from Flag in-house counsel to Flag CEO re: SEC subpoena | AC, WP |
| 414 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 415 | 8/9/02 | Email from Flag in-house counsel to Flag CEO and others re: New York AG subpoena | AC, WP |
| 416 | 8/9/02 | Emails between Flag in-house counsel re: New York AG subpoena | AC, WP |
| 418 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 419 | 8/13/02 | Emails between Flag in-house attorney and Flag employees re: New York AG subpoena | AC, WP |
| 184 | 8/15/02 | Email from Flag employee to Flag in-house counsel re: document collection for subpoena | AC, WP |
| 337 | 8/16/02 | Memo from GD&C to Flag in-house counsel re: Congressional and SEC investigations | AC, WP |
| 394 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 396 | 8/26/02 | Notes of session with Ken Floyd in preparation for TC interview | AC, WP |
| 178 | 9/11/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation | AC, WP |
| 179 | 9/15/02 | Email from GD&C to Flag GC and other Flag employees re: Congressional investigation, attorney notes added | AC, WP |
| 303 | 9/16/02 | Attorney notes of points to discuss with witness prior to testimony | AC, WP |
| 180 | 9/19/02 | Email from GD&C to Flag re: document production and testimony issues | AC, WP |
| 254 | 9/21/02 | Email sending draft press release for review to Flag in-house counsel, other employees, and to GD&C | AC, WP |
| 197 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire | AC,WP |
| 349 | 3/7/03 | Letter from GD&C to Flag employee re: SEC background questionnaire (ATTACHED DOCUMENT TO BE PRODUCED) | AC, WP |
| 102 | 7/14/05 | email between GD&C lawyers regarding Qwest-related subpoena received by Flag and client's instructions re: same | WP |
| 551 | 12/0/00 | Email from Flag in-house counsel to Flag employees re: comments on Qwest issue list | AC |

September 26, 2008

**GDC/Flag--"At Issue"  Privilege Log (sorted by document date)**

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|---|---|---|---|
| 357 | 2/27/03 thru 6/23/03 | Attorney notes of TCs with Flag personnel and with SEC personnel | AC, WP |
| 202 | 5/00/03 (original misdated) | GD&C notes with general points to be discussed with McCormack in deposition preparation | AC, WP |
| 431 | 7/23/02 thru 8/26/02 | Attorney notes of TCs and meetings with Flag personnel and with SEC personnel | AC, WP |
| 214 | undated | Email from Flag in-house counsel to Flag employees providing legal department's comments on Qwest presentation | AC |
| 215 | undated | Email from Flag in-house counsel to Flag employees providing comments on Qwest interim service provisioning agreement, with HW notes added | AC |
| 216 | undated | Email from Flag in-house counsel to Flag employee providing comments on Qwest interim service provisioning agreement | AC |
| 251 | undated | Email from Flag in house counsel to Flag employees addressing changes in draft KPNG Dark Fibre IRU Agreement; suggested edits to one contract provision | AC |
| 277 | undated | Suggested changes to agreement | AC |
| 293 | undated | Email from Flag in-house attorney to Flag employee re: information needed for responding to draft KPNQwest agreement | AC |
| 299 | undated | Legal analysis of C&W: O&M monetising issues | AC, WP |
| 316 | undated | Emails between Flag in-house attorney and Flag employees re: KPN contracts | AC |
| 323 | undated | Attorney notes of action items to prepare Flag employee for testimony before House committee; generic rules for witnesses | AC, WP |
| 354 | undated | GD&C Powerpoint presentation to Flag re: restructuring steps; sets out legal advice | AC,WP |
| 403 | undated | Attorney notes of TC w/ client | AC, WP |
| 428 | undated | Notes of meeting w/ Ed McCormack and Parminder Dost of Flag re: numerous reciprocal transactions | AC, WP |
| 438 | undated | Outside counsel notes re: draft press release | AC, WP |
| 490 | undated | GD&C attorney notes re: TCs w/ clients, others | AC, WP |
| 492 | undated | GD&C attorney notes re: witness interview, deposition | AC, WP |
| 521 | undated | Flag in-house attorney memo to Flag employee regarding comments on Qwest agreement and proposed terms for same | AC |
| 746 | undated | Email from Flag in-house counsel to Flag employees re: Qwest drafts (only privileged email redacted; remainder of email string has previously been produced) | AC |

### GDC/Flag--"At Issue" Privilege Log (sorted by document date)

| 451 | 5/15/00 | Emails from Flag in-house attorney to Flag employees re: views on Qwest agreement | AC |
|---|---|---|---|
| 772 | undated | Email from Flag in-house counsel to Flag employees re: Qwest action items on Qwest agreement (only privileged email redacted; remainder of email string has previously been produced) | AC |
| 802 | undated | Note between GD&C attorneys re: SEC staff. | WP |
| 809 | undated | Flag Telecom draft earnings questions with GD&C notes of call with clients | AC, WP |
| 810 | undated | Flag Telecom draft earnings questions with proposed edits | AC, WP |
| 812 | undated | Flag in-house counsel attorney notes setting out issues related to Qwest; reflects client confidences | AC |

September 26, 2008