UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER T. LOFTIN, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>v.  )<br>  )<br>ANDRES BANDE, *et al.*  )<br>  )<br>Defendants.  )<br>_____) | Case No. 2008-MC-00487 (JDB) |

**PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND PLAINTIFFS' TIME TO REPLY**

Plaintiffs, with the consent of Respondent Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), move this Court to enlarge the time for Plaintiffs to Reply to Gibson Dunn's Opposition to Plaintiffs' Motion to Compel until September 12, 2008. Originally due September 8th, the additional time is requested due to scheduling issues caused by the temporary illness of Plaintiffs' counsel.

The granting of this modest, four day enlargement of time will not unduly delay this case or prejudice Respondent, as evidenced by its consent to the requested relief. Pursuant to Local Rule 7(m), Plaintiffs' Counsel Lauren Block spoke with Respondent's counsel, John Millian, who has agreed to this extension.

ACCORDINGLY, Plaintiffs respectfully request that the Court enlarge the time for responding to the Opposition until September 12, 2008.

Respectfully submitted,

Dated: September 4, 2008          **FINKELSTEIN THOMPSON LLP**

/s/ Stan M. Doerrer
Stan M. Doerrer (DC Bar No. 502496)
The Duvall Foundry
1050 30th Street, NW
Washington, DC  20007
(202) 337-8000
(202) 337-8090 fax
Email: sdoerrer@finkelsteinthompson.com

**MILBERG LLP**
Brad N. Friedman
Lauren Block
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
(212) 868-1229
Email: bfriedman@milberg.com
Email: lblock@milberg.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER T. LOFTIN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2008-MC-00487 (JDB) |
| ) | |
| ANDRES BANDE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND PLAINTIFFS' TIME TO REPLY**

WHEREAS the Court has considered Plaintiffs' Unopposed Motion to Extend Plaintiffs' Time to Reply ("Motion") and all papers filed in support thereto;

IT IS ORDERED that the Motion is GRANTED and that Plaintiffs shall have until September 12, 2008 to Reply to Gibson Dunn's Opposition to Plaintiffs' Motion to Compel Production of Documents Withheld on Privilege Grounds.

Dated: ___ day of _____, 2008                    _____
                                                                                    Judge John D. Bates

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER T. LOFTIN, *et al.* | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2008-MC-00487 (JDB) |
|  | ) |
| ANDRES BANDE, *et al.* | ) |
|  | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned certifies on this 4th day of September, 2008, that a true and correct copy of Plaintiffs' Unopposed Motion to Extend Plaintiffs' Time to Reply was served via the Court's electronic filing system on:

John C. Millian
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
(202) 955-8213
Fax: (202) 530-9566
Email: jmillian@gibsondunn.com

/s/ Stan M. Doerrer
Stan M. Doerrer (DC Bar No. 502496)